UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SHARON KALEENA CARTER,

        Plaintiff,

-against-

INTERACTIVE CORPORATION d/b/a OK CUPID.COM,

        Defendant.

16-CV-2849 (LAP)

ORDER SEALING COMPLAINT

LORETTA A. PRESKA, Chief United States District Judge:

On April 15, 2016, the Court received Plaintiff's complaint. On April 20, 2016, the Court received by facsimile a letter from Defendant asking that the complaint be filed under seal, on the ground that the exhibits include confidential information. *See, e.g.*, Fed. R. Civ. P. 5.2(a).

Defendant's request is granted, and the complaint (ECF No. 2) is ordered sealed and impounded and placed in a secured area in the Clerk's Office. *See Lugosch v. Pyramid Co.*, 435 F.3d 110, 119-20 (2d Cir. 2006) (setting forth a three-part analysis for determining whether a document should be made available to the public). The sealed complaint may not be unsealed unless ordered by the Court.

On April 19, 2016, the Court denied Plaintiff's request to proceed *in forma pauperis* in this action, on the ground that she is not unable to pay the filing fee. Unless Plaintiff pays the filing fee within thirty days, the action will be dismissed without prejudice for failure to pay the filing fee. If Plaintiff pays the filing fee, and the action proceeds, the Court directs Plaintiff, within

thirty days of paying the filing fee, to file a redacted complaint that does not include financial account numbers or otherwise identify any customers of the Defendant. The Clerk of Court is directed to mail a copy of this order to Plaintiff and to note service of the order on the docket.

SO ORDERED.

Dated: 4/21/16
New York, New York

_____
LORETTA A. PRESKA
Chief United States District Judge

2